UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v.                                                ) <br> ) <br> JORGE DELGADO,                  ) <br> ) <br> Defendant.                       ) <br> ) | Criminal No. <br> 14-10285-FDS |

## ORDER ON PETITION FOR WRIT OF HABEAS CORPUS

**SAYLOR, J.**

The petition for a writ of habeas corpus is DENIED for lack of subject-matter jurisdiction. Petitioner challenges the execution of his sentence (the proper calculation of how much of his 33-month sentence he has already served), but does not challenge the validity of that 33-month sentence. The petition is therefore properly brought under 28 U.S.C. § 2241 and not § 2255. *See United States v. Barrett*, 178 F.3d 34, 50 n.10 (1st Cir. 1999) ("Federal prisoners are permitted to use § 2241 to attack the execution, rather than the validity, of their sentences . . . ."). However, § 2241 petitions can only be "brought in the district court with jurisdiction over the prisoner's custodian (unlike a § 2255 petition, which must be brought in the sentencing court)." *Id*. Because petitioner is currently in custody in Philipsburg, Pennsylvania, this Court does not have jurisdiction over his § 2241 petition. The petition is therefore denied without prejudice to petitioner's ability to re-file in the proper district.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 15, 2016